No. 1026. Fortugno et al. *v.* Commissioner of Internal Revenue; and

No. 1034. Estate of Fortugno et al. *v.* Commissioner of Internal Revenue. C. A. 3d Cir. Certiorari granted. Cases are consolidated and a total of one hour is allotted for oral argument. *Harry I. Rand* for petitioners in No. 1026. *Anthony C. Manzella* for petitioners in No. 1034. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *I. Henry Kutz* for respondent in both cases. Reported below: No. 1026, 353 F. 2d 429.

No. 1216. Klopfer *v.* North Carolina. Sup. Ct. N. C. Motion of American Civil Liberties Union et al. for leave to file a brief, as *amici curiae,* granted. Certiorari granted. *Wade H. Penny, Jr.,* for petitioner. *T. W. Bruton,* Attorney General of North Carolina, for respondent. *Melvin L. Wulf* for American Civil Liberties Union et al., as *amici curiae,* in support of the petition.

No. 1118. Exquisite Form Brassiere, Inc. *v.* Federal Trade Commission. C. A. D. C. Cir. Certiorari denied. *Peyton Ford* for petitioner. *Solicitor General Marshall, Assistant Attorney General Turner, Robert B. Hummel, Milton J. Grossman, James McI. Henderson* and *E. K. Elkins* for respondent.

No. 1120. Stephan, Guardian *v.* Marlin Firearms Co., Inc., et al. C. A. 2d Cir. Certiorari denied. *Alfred L. Scanlan* and *William H. Dempsey, Jr.,* for petitioner. *Martin E. Gormley* and *Adrian W. Maher* for respondents.